IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:24-cr-148-TFM-MU |
| | ) |
| DEMANIEN DEMARCUS BROWN | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On October 22, 2024, the Defendant Demanien Demarcus Brown, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 922(g)(1), Possession of a Firearm by a Prohibited Person (felon).  *See* Docs. 20, 21.  The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted.  *See* Doc. 22.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing is scheduled for **March 5, 2025 at 1:00 p.m.**[1] in Courtroom 3B.

**DONE** and **ORDERED** this 6th day of November, 2024.

> /s/ Terry F. Moorer
> TERRY F. MOORER
> UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the sentencing was previously scheduled for March 6, 2025 at 11:00 a.m. However, the Court realized that it had inadvertently scheduled it at a time with another case was already scheduled.  Therefore, the sentencing in this case is moved up by one day.